Michael J. Frevola (MJF 8359)
Marisa Marinelli (MAM 3712)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
GUNVOR INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BUCHWALD



GUNVOR INTERNATIONAL LTD.

    Plaintiff,

-against-

PETROEAST SINGAPORE PTE. LTD.,

    Defendant.

07 CV 3523

07 Civ. _____

CORPORATE DISCLOSURE
STATEMENT IN ACCORDANCE
WITH RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

    I, Michael J. Frevola, attorney for Plaintiff Gunvor International Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Gunvor International Ltd. is not publicly traded and does not have parents or shareholders which are publicly traded.

Dated:   New York, New York
          May 2, 2007

                        HOLLAND & KNIGHT LLP

                By: _____
                        Michael J. Frevola (MJF 8359)
                        Marisa Marinelli (MAM 3712)
                        195 Broadway
                        New York, NY 10007-3189
                        Tel:   (212) 513-3200
                        Fax:  (212) 385-9010

                        *Attorneys for Plaintiff*
                        *Gunvor International Ltd.*