Michael J. Frevola (MJF 8359)
Marisa Marinelli (MAM 3712)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

**JUDGE BUCHWALD**

ATTORNEYS FOR PLAINTIFF
GUNVOR INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUNVOR INTERNATIONAL LTD.<br><br>             Plaintiff,<br><br>-against-<br><br>PETROEAST SINGAPORE PTE. LTD.,<br><br>             Defendant. | 07 Civ. _____<br><br>**AFFIDAVIT IN**<br>**SUPPORT OF ATTACHMENT** |

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK   )

      Michael J. Frevola, being duly sworn, deposes and says:

      1.    I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Gunvor International Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

      2.    I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendant Petroeast Singapore PTE. Ltd. ("Petroeast") is not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. To the best of my information and belief, Defendant Petroeast cannot be found within this district or within the State of New York.

5. Our office contacted the Secretary of State for the State of New York and was advised that Defendant Petroeast neither was a New York business entity, nor was it a foreign business entity authorized to do business in New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant Petroeast is liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, amount to a total of US$5,135,938.22, including estimated interest, expenses and attorneys' fees.

7. Upon information and belief, Defendant Petroeast has property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name of Petroeast Singapore PTE. Ltd. at one or more of the following financial institutions:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Fortis Financial Groups

Banco Popular

Bank of Tokyo-Mitsubishi UFJ Ltd.

China Trust Bank

Great Eastern Bank

Industrial Bank of Korea

Nara Bank

Shin Han Bank

United Orient Bank

8. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to US$5,135,938.22.

3

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Michael J. Frevola

Sworn to before me this
2nd day of May, 2007

_____
Notary Public

> RUDY D. GREEN
> Notary Public, State of New York
> No. 02GR4952723
> Qualified in Queens County
> Certificate Filed in New York County
> Commission Expires February 26, 2010