CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GUNVOR INTERNATIONAL LTD.,                :
                                                               :
      Plaintiff,      :   **07-CV-3523**
                                                               :
   v.                                     :   **NOTICE OF**
                                                               :   <u>**APPEARANCE**</u>
PETROEAST SINGAPORE PTE. LTD.,    :
                                                               :
      Defendant.     :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Société Générale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
    May 24, 2007

              CLARK, ATCHESON & REISERT
              Attorneys for Garnishee
              Société Générale New York Branch


      By: _____
          Richard J. Reisert (RR-7118)
          7800 River Road
          North Bergen, NJ 07047
          Tel: (201) 537-1200
          Fax: (201) 537-1201
          Email: reisert@navlaw.com