Michael J. Frevola
Marisa Marinelli
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
GUNVOR INTERNATIONAL LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUNVOR INTERNATIONAL LTD.

Plaintiff,

-against-

PETROEAST SINGAPORE PTE. LTD.,

Defendant.

07 Civ. 3523 (NRB) (MHD)

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL**

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(i) of the Federal Rules of

Civil Procedure, Plaintiff Gunvor International Ltd., by and through its attorneys of record,

dismisses this action with prejudice.

Dated: New York, New York
January 15, 2008

HOLLAND & KNIGHT LLP

By: _____

Michael J. Frevola
Marisa Marinelli
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010
*Attorneys for Plaintiff*
*Gunvor International Ltd.*